UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Eva Takashima, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 3:11-cv-20159-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 20, 2015 and December 22, 2014 (MDL 2100 Doc. 3586-1), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.10.21 14:41:04 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT